# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2262.  CLARENCE LETSON HALL v. THE STATE.**

Following a jury trial, Clarence Letson Hall was convicted of operating a vehicle without adequately securing load, failure to display license, and improper tires. He filed a motion for new trial, which the trial court denied on March 19, 2018. Hall then filed the instant direct appeal on April 20, 2018. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Hall filed his notice of appeal 32 days after entry of the trial court's order, his appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/26/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.